Local Form 3015-1

# United States Bankruptcy Court
## Eastern District of Kentucky, Lexington Division

IN RE:                                                                        Case No. 17-51393
**Brumfield, Michael W. & Brumfield, Nancy Louise**
Debtor                                                                     Chapter **13**

## AMENDMENT TO CHAPTER 13 PLAN

**NOTICE TO CREDITORS: This plan may modify your rights. If you oppose any provision of the plan you must file an objection with the Bankruptcy Court by the deadline fixed by the Court. If you do not file a timely objection, you will have accepted the terms of the plan, and the plan can be confirmed without further notice or hearing.**

**I. PLAN PAYMENTS.** The Debtor shall pay to the Trustee (check one):

**[X]** $ **490.00** each month through July 2020, from August 2020 the monthly payment shall be $912.

DATED: **October 24, 2017**

/s/ Michael W. Brumfield
DEBTOR

/s/ Nancy L. Brumfield
DEBTOR
/s/ Ryan Atkinson
ATTORNEY FOR DEBTOR

**Ryan R. Atkinson
1608 Harrodsburg Rd
Lexington, KY  40504-3706**

## CERTIFICATE OF SERVICE

    I certify that on the date shown below, I mailed a copy of the Amendment to Chapter 13 Plan for the Debtor to the creditors listed on the matrix and to the Chapter 13 Trustee.

| /s/ Ryan Atkinson |
|---|
| ATTORNEY FOR DEBTOR |

October 24, 2017