# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:   Michael W. Brumfield                              Case Number:   17-51393
         Nancy Louise Brumfield
         Debtors

## ORDER CONFIRMING PLAN
## FILED ON 7/13/2017, Court Doc. # 2

## WITH AMENDMENT(S), Court Doc. #23

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Michael W. Brumfield
Nancy Louise Brumfield
3339 Union Mill Rd
Nicholasville, KY  40356-9644

ATKINSON, RYAN R.
ATKINSON, SIMMS & KERMODE
1608 HARRODSBURG ROAD
LEXINGTON , KY  40504

LERNER, SAMPSON & ROTHFUSS
P O BOX 5480
CINCINNATI, OH  45201-5480

GESS  MATTINGLY & ATCHISON
201 WEST SHORT STREET
LEXINGTON, KY  40507

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, December 15, 2017
(grs)