UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| IN RE: | Case No. 17-51393<br>Chapter 13 |
| Michael W. Brumfield<br>Nancy Louise Brumfield | Judge Gregory R. Schaaf |
| Debtors | **NOTICE OF DEBTOR(S) DEFAULT UNDER PRIOR COURT ORDER BY SPECIALIZED LOAN SERVICING, LLC (PROPERTY LOCATED AT 3339 UNION MILL ROAD NICHOLASVILLE, KY 40356)** |

Please take notice that the debtor(s) have failed to make the post-petition payments due and owing to Specialized Loan Servicing, LLC, regarding property located at 3339 Union Mill Road Nicholasville, KY 40356. Creditor states that on 7/29/2019 a letter was sent to debtor(s) and the debtors' counsel notifying them that the debtor(s) were in default having failed to comply with the terms of the Agreed Order. A copy of said letter is attached hereto as Exhibit "A". Debtor(s) did not cure the default within the allotted 10 day period. This constitutes a default under the Agreed Order on Motion for Relief From Stay of Specialized Loan Servicing, LLC, filed herein on November 5, 2018.

Pursuant to said Agreed Order this Notice will be effective to grant Creditor final relief from the automatic stay and no further Order will be filed.

/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

Attorney(s) for SPS, LLC
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
ekybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Default Under Prior Court Order of the secured creditor, Specialized Loan Servicing, LLC, was electronically transmitted on August 22, 2019 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Ryan R. Atkinson, Esq. – Attorney for Debtors
1608 Harrodsburg Road
Lexington, KY 40504
rra@ask-law.com

Beverly M. Burden - Trustee
P.O. Box 2204
Lexington, KY 40588-2204
Notices@Ch13EDKY.com

Office of the U.S. Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

The undersigned certifies that a copy of the foregoing Notice of Default Under Prior Court Order of the secured creditor, Specialized Loan Servicing, LLC, was transmitted on 22nd day of August, 2019 via regular U.S. mail, postage pre-paid:

Michael W. Brumfield
3339 Union Mill Rd
Nicholasville, KY 40356

Nancy Louise Brumfield
3339 Union Mill Rd
Nicholasville, KY 40356

/s/ Mia L. Conner
Mia L. Conner
KY Bar Registration #: 90625
513-241-3100 x-3445

Attorney(s) for SPS, LLC
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
ekybk@lsrlaw.com



# Lerner Sampson & Rothfuss



A LEGAL PROFESSIONAL ASSOCIATION
120 East Fourth Street, 8th Floor - Cincinnati, OH 45202-4007
Phone (513) 241-3100 - Fax (513) 241-4094

Hours of operation 8:00 a.m. – 5:00 pm EST

July 29, 2019

**VIA EMAIL TO rra@ask-law.com**
**AND REGULAR MAIL**

Hon. Ryan R. Atkinson
1608 Harrodsburg Road
Lexington, KY 40504

IN RE:        Michael W. Brumfield
              Nancy Louise Brumfield, Debtors
              Chapter 13 Case No. 17-51393
              LS&R No. 201707516

Dear Sir or Madam:

Please be advised that the above referenced debtors have defaulted under the terms of the Agreed Order entered herein on November 5, 2018. The amount of default in payments since the Agreed Order is as follows:

Post-Petition Payments:

| Amount | Date Due |
|---|---|
| $1,547.82 | May 01, 2019 |
| $1,547.82 | June 01, 2019 |

Suspense Balance: $1,041.79
*Total Default: $2,053.85
The July 1, 2019 regular post-petition mortgage payment is also due and owing in the amount of $1,547.82.

*Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Please note that if you pay the amount shown above, an adjustment may be necessary after we receive your check. For further information contact the undersigned.

All payments due in connection herewith should be made at the following address:

**Specialized Loan Servicing, LLC**
**P.O. Box 636007**
**Littleton, CO  80163**

This letter will serve as our intent to file a Notice of Default Granting Relief from Stay unless the default is cured within 10 days of the date of this letter.

Acceptance of partial payments will not constitute a waiver of Creditor's rights to pursue the default in the event the partial payments are not enough to cure the entire default.

Thank you.

                        Very truly yours,

                        LERNER, SAMPSON & ROTHFUSS
                        /s/ Mia L. Conner, Case Attorney


This firm is a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.

cc:        Michael W. Brumfield
           3339 Union Mill Road
           Nicholasville, KY  40356

           Nancy Louise Brumfield
           3339 Union Mill Road
           Nicholasville, KY  40356