UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:
MICHAEL W. BRUMFIELD
NANCY LOUISE BRUMFIELD                          CASE NO. 17-51393
DEBTOR(S)

### ORDER

The Court having considered the Notice of Default filed by Specialized Loan Servicing and the Response filed by the Debtors, and being advised,

IT IS ORDERED AND ADJUDGED that the Debtors are current on the payments.

The Debtors' Objection to the Notice of Default filed by Specialized Loan Servicing is sustained.

Copies to:
Mia Conner

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, October 29, 2019
(grs)