**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Michael W. Brumfield |
| Debtor 2 (Spouse, if filing) | Nancy Louise Brumfield |
| United States Bankruptcy Court for the: | Eastern District of Kentucky (State) |
| Case number | 17-51393-GRS |

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Specialized Loan Servicing LLC

**Court claim no.** (if known): 1-1

**Last four digits** of any number you use to identify the debtor's account: 8948

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/01/2020

**New total payment:**
Principal, interest, and escrow, if any $1,578.83

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   | Current escrow payment: | $337.60 | New escrow payment: | $368.61 |
   |---|---|---|---|

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   | Current interest rate: | % | New interest rate: | % |
   |---|---|---|---|
   | Current principal and interest payment | $ | New principal and interest payment: | $ |

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   **Reason for change:**

   | Current mortgage payment: | $ | New mortgage payment: | $ |
   |---|---|---|---|

| Debtor 1 | Michael W. Brumfield | Case Number *(if known)* | 17-51393-GRS |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| ✗ | /s John J. Rafferty | Date | 01/15/2020 |
|---|---|---|---|
| | Signature | | |

| Print: | John J. Rafferty | Title | Authorized Agent for Specialized Loan Servicing, LLC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| Company | Bonial & Associates, P.C. |
|---|---|
| Address | 14841 Dallas Parkway, Suite 425 |
| | Number    Street |
| | Dallas, Texas 75254 |
| | City    State    Zip Code |
| Contact phone | (972) 643-6600    Email    POCInquiries@BonialPC.com |

**CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 15, 2020 via electronic notice unless otherwise stated.

**Debtor**           *Via U.S. Mail*
Michael W. Brumfield
3339 Union Mill Rd
Nicholasville, KY 40356-9644

**Debtor**           *Via U.S. Mail*
Nancy Louise Brumfield
3339 Union Mill Rd
Nicholasville, KY 40356-9644

**Debtors' Attorney**
Ryan R. Atkinson
Attorney At Law
1608 Harrodsburg Road
Lexington, KY 40504

**Chapter 13 Trustee**
Beverly M. Burden
P.O. Box 2204
Lexington, Kentucky 40588

Respectfully Submitted,

/s/ **John J. Rafferty**

**Specialized Loan Servicing**
*Part of the Computershare Group*

8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

**Escrow Account Disclosure Statement**
Pg 1 of 3

| | |
|---|---|
| Statement Date: | 01/09/2020 |
| Loan Number: | [redacted] |
| Property Address: | 3339 UNION MILL ROAD<br>NICHOLASVILLE, KY 40356 |

MICHAEL W BRUMFIELD
NANCY L BRUMFIELD
3339 UNION MILL ROAD
NICHOLASVILLE KY 40356

Dear Customer,

As trusted managers of your escrow account, we have safeguards in place to ensure there's enough money in your account to cover your tax and insurance payments.

Because you have an escrow account, it means that part of your monthly mortgage payment goes into an account to pay for your property taxes and/or insurance premiums. During the year, payments are made from your escrow account when tax and/or insurance bills become due. The Escrow Account Disclosure Statement shows how much money has been credited to and paid from the escrow account over the last 12 months. Additionally, both the projected and required balances are compared to ensure that we are collecting the appropriate amount.

**Based on our recent analysis, you have a shortage of $306.36.**

| | |
|---|---|
| Projected Minimum Balance | $2,446.82 |
| Required Minimum Balance | $686.16 |
| **Amount of Shortage** | **$306.36** |

The projection assumes that your escrow account was current at the start of the projected period. However your escrow account is not current. Your escrow balance should be $1,715.43 but your current escrow balance, as of the effective date is $1,409.07. If your escrow account had been current, there would have been a shortage of $306.36. **This projection assumes that your escrow account was current at the start of the projected period although this is not the case.**

If you choose to pay the shortage amount in full in a lump sum you may do so within 30 days. **Please note, because the escrow account is not current, payment of the shortage amount will not bring the escrow account current.** If you do not wish to pay the amount shown above, we will adjust your payment to make up the difference. The shortage will be adjusted by (1/12) of the shortage amount and added to your monthly payment.

## PART 1 — Your Mortgage Payment

**Payment Information**

| Payment Information | Payment on Prior Analysis | New Monthly Payment with Shortage Payment<br>Effective 03/01/2020 | New Monthly Payment if Shortage Paid<br>Effective 03/01/2020 |
|---|---|---|---|
| PRIN & INTEREST | 1210.22 | 1210.22 | 1210.22 |
| ESCROW PAYMENT | 326.50 | 343.08 | 343.08 |
| SHORTAGE PYMT | 11.10 | 25.53 | 0.00 |
| **Total Payment:** | **$1,547.82** | **$1,578.83** | **$1,553.30** |

(Continued on Next Page)

## PART 2 — Your Escrow Account History

The chart below reflects what actually happened in your escrow account since your last analysis compared to what we estimated would happen.

| Date | Payment to Escrow | What Your Estimated Payment to Escrow Was | What We Paid Out | What We Estimated to Pay Out | Description | Actual Balance | Last Year's Estimated Balance |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BAL | -3196.50 | 1632.53 |
| Mar 19 | 328.60 * | 326.50 | 0.00 | 0.00 | | -2867.90 | 1959.03 |
| Apr 19 | 328.60 * | 326.50 | 0.00 | 0.00 | | -2539.30 | 2285.53 |
| May 19 | 632.74 * | 326.50 | 0.00 | 0.00 | | -1906.56 | 2612.03 |
| Jun 19 | 328.60 * | 326.50 | 0.00 | 0.00 | | -1577.96 | 2938.53 |
| Jul 19 | 328.60 * | 326.50 | 1529.50 * | 1332.15 | HOMEOWNERS INS | -2778.86 | 1932.88 |
| Aug 19 | 0.00 * | 326.50 | 0.00 | 0.00 | | -2778.86 | 2259.38 |
| Sep 19 | 657.20 * | 326.50 | 0.00 | 0.00 | | -2121.66 | 2585.88 |
| Oct 19 | 337.60 * | 326.50 | 0.00 | 0.00 | | -1784.06 | 2912.38 |
| Nov 19 | 675.20 * | 326.50 | 2587.49 * | 2585.88 | COUNTY TAX | -3696.35 LP | 653.00 |
| Dec 19 | 337.60 * | 326.50 | 0.00 | 0.00 | | -3358.75 | 979.50 |
| Jan 20 | 0.00 | 326.50 | 0.00 E | 0.00 | | -3358.75 E | 1306.00 |
| Feb 20 | 0.00 | 326.50 | 0.00 E | 0.00 | | -3358.75 E | 1632.50 |
| TOTALS | 3954.74 | 3918.00 | 4116.99 | 3918.03 | | | |

**LEGEND:**

IOE = Interest on the Escrow Balance            E = Estimated Payments
LP = Lowest Actual Monthly Balance          * = Projected and Actual Payments Differ

Last year we anticipated that payments from your escrow account would be made during this period equaling $3,918.03. Under federal law, your actual lowest monthly balance should not have exceeded $653.00 or 1/6 of the estimated payments from your escrow account unless your mortgage documents or state law specifies a lower amount. Your mortgage contract and state law are silent on this issue. Your actual lowest escrow balance was $-3,696.35.

## PART 3 — Estimated Escrow Payments Over the Next 12 Months

**Summary of your projected escrow account for the coming year**

| Date | Payment to Escrow | What We Estimate to be Paid Out | Description | Your Estimated Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | BEGINNING BAL | 1409.07 | 1715.43 |
| Mar 20 | 343.08 | 0.00 | | 1752.15 | 2058.51 |
| Apr 20 | 343.08 | 0.00 | | 2095.23 | 2401.59 |
| May 20 | 343.08 | 0.00 | | 2438.31 | 2744.67 |
| Jun 20 | 343.08 | 0.00 | | 2781.39 | 3087.75 |
| Jul 20 | 343.08 | 1529.50 | HOMEOWNERS INS | 1594.97 | 1901.33 |
| Aug 20 | 343.08 | 0.00 | | 1938.05 | 2244.41 |
| Sep 20 | 343.08 | 0.00 | | 2281.13 | 2587.49 |
| Oct 20 | 343.08 | 0.00 | | 2624.21 | 2930.57 |
| Nov 20 | 343.08 | 2587.49 | COUNTY TAX | 379.80 | 686.16 |
| Dec 20 | 343.08 | 0.00 | | 722.88 | 1029.24 |
| Jan 21 | 343.08 | 0.00 | | 1065.96 | 1372.32 |
| Feb 21 | 343.08 | 0.00 | | 1409.04 | 1715.40 |
| TOTALS | 4116.96 | 4116.99 | ENDING BAL | 1409.04 | 1715.40 |

Cushion selected by servicer: $686.16



Escrow Account Disclosure Statement                Pg 3 of 3
Statement Date: 01/09/2020
Loan Number:
Property Address: 3339 UNION MILL ROAD
NICHOLASVILLE, KY 40356

**Here's how to calculate your new monthly escrow payment:**

| HOMEOWNERS INS | $1,529.50 |
| --- | --- |
| COUNTY TAX | $2,587.49 |
| **Total:** | $4,116.99 |
| | ÷ 12 Months |

**New Monthly Escrow Payment:** $343.08

What This Means to You - Your balance is less than the amount needed in your account. The resulting shortage is $306.36.

Your ending escrow balance from the last month of account history is $1,409.07, your starting balance according to this analysis should be $1,715.43. **This projection assumes that your escrow account was current at the start of the projected period although this is not the case.**

## PART 4 — How You Can Reach Us With Questions

For statement questions, please contact
**Customer Care: 1-800-315-4757**
Monday - Friday, 6:00 a.m. - 6:00 p.m. MT

SLS accepts calls from relay services on behalf of hearing impaired borrowers.

For help in understanding your Escrow Statement, please see our video 'Understanding Your Escrow Account Disclosure Statement' at the following link: www.sls.net/customers/videos.

**SPECIALIZED LOAN SERVICING LLC IS REQUIRED BY FEDERAL LAW TO ADVISE YOU THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO INFORM YOU OF THE STATUS OF THE MORTGAGE SECURED BY THE SUBJECT PROPERTY. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. IF YOU RECEIVED A DISCHARGE OF THE DEBT IN BANKRUPTCY, WE ARE AWARE THAT YOU HAVE NO PERSONAL OBLIGATION TO REPAY THE DEBT. WE RETAIN THE RIGHT TO ENFORCE THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY, IF ALLOWED BY LAW AND/OR CONTRACT. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.**